PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Peter Gustave Johnson     Cr.: 21-00414-001
                                                                                                         PACTS #: 3894763

Name of Sentencing Judicial Officer:     THE HONORABLE BRIAN R. MARTINOTTI
                                                    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/13/2018

Original Offense:     Conspiracy to Commit Bank Fraud and Wire Fraud, 18 U.S.C. § 1349

Original Sentence: 36 months imprisonment, two (2) years supervised release

Special Conditions: Financial Disclosure, New Debt Restrictions, and $352,500,000 Restitution.

Type of Supervision: Supervised Release               Date Supervision Commenced: 04/13/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to Satisfy Financial Obligation |

U.S. Probation Officer Action:

Throughout his term of supervised release, Johnson has paid $1,310,568.35 towards his restitution. Johnson's term of supervision is due to expire on April 12, 2023, with an outstanding restitution balance of $351,033,841.92.

The Financial Litigation Unit of the United States Attorney's Office has been notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP).

The U.S. Probation Office recommends that the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Peter Gustave Johnson

Respectfully submitted,

SUSAN M. SMALLEY
Chief U.S. Probation Officer

*Patrick Hattersley*

By:   PATRICK HATTERSLEY
Supervising U.S. Probation Officer

/trp

PREPARED BY:

*Taylor R. Petronzio*          04/12/2023
TAYLOR R. PETRONZIO          Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on April 12, 2023 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

April 12, 2023
_____
Date